UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
         Plaintiff,  )
         v.  )   3:12-CR-141-HDM-(VPC)
ALVARO MERAZ,  )
         Defendant.  )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 25, 2013, defendant ALVARO MERAZ pled guilty to Count One of a Seven-Count Second Superseding Indictment charging him with Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1). Second Superseding Indictment, ECF No. 46; Plea Memorandum, ECF No. 104; Change of Plea, ECF No. 108.

This Court finds defendant ALVARO MERAZ agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Second Superseding Criminal Indictment. Second Superseding Indictment, ECF No. 46; Plea Memorandum, ECF No. 104; Change of Plea, ECF No. 108.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Second Superseding Criminal Indictment and the offense to which defendant ALVARO MERAZ pled guilty.

The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section 853:

1. UNITED STATES CURRENCY

    Three thousand five hundred dollars ($3500) recovered by law enforcement investigators on December 14, 2012, from Alvaro Meraz, who was located at a gas station near the Pelandale exit off Route 99, in or near Modesto, California ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALVARO MERAZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Greg Addington
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE